STATE OF NEW JERSEY v. KENNETH HARDISON.

October 4, 1984.

Cross-petition for certification denied.

STATE OF NEW JERSEY v. JERRY JACKSON.

October 4, 1984.

Cross-petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM THOMAS LIGHTNER, JR.

October 4, 1984.

Petition for certification granted.